| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  New York Concourse, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  22-3440201

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1401 Highway 35**<br>**Neptune, NJ 07753**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **New York Concourse, LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **New York Concourse, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **New York Concourse, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2025**
　　　　　　　　MM / DD / YYYY

X **/s/ Thomas Sueta**　　　　　　　　　　　　　**Thomas Sueta**
Signature of authorized representative of debtor　　Printed name

Title    **Member**

**18. Signature of attorney**

X **/s/ Joseph M. Casello**　　　　　　　　　　Date **July 18, 2025**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Joseph M. Casello**
Printed name

**Collins, Vella & Casello, LLC**
Firm name

**2430 Highway 34, B12**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone   **732-751-1766**　　　Email address   **jcasello@cvclaw.net**

**005631994 NJ**
Bar number and State

Debtor **New York Concourse, LLC**  Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Carney Vetrano** | | Relationship to you | **Member** | |
| District | **New Jersey** | When **6/06/25** | Case number, if known | **25-16057** | |
| Debtor | **Thomas Sueta** | | Relationship to you | **Member** | |
| District | **New Jersey** | When **6/06/25** | Case number, if known | **25-16036** | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **New York Concourse, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carney Vetrano** **214 Lakeview Ave** **Ocean, NJ 07712** | | **Loans** | | | | $264,951.00 |
| **Donato Hayes** **201 Main Street** **Allenhurst, NJ 07711** | | **Accounting Services** | | | | $36,500.00 |
| **Innovative Green Technologies** **513 Cookman Ave** **Asbury Park, NJ 07712** | | **Loans** | **Unliquidated Disputed** | | | $278,127.00 |
| **James Marttine** **4 Blue Point Cove** **Oceanport, NJ 07757** | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **State of New Jersey DCA BFCE - DORES** **P.O. Box 663** **Trenton, NJ 08646-0663** | | **Registration Renewal Fees** | | | | $21,382.00 |
| **Thomas Sueta** **20 Vernon Ave** **Neptune, NJ 07753** | | **Loans** | | | | $175,638.00 |
| **Zekaria Family LTD Partnership** **c/o Zacksons** **729 Brick Blvd** **Brick, NJ 08723** | | **Lease for Parking Lot** | | | | $156,500.00 |

```
100 Mile Northeast, LLC
c/o Procida Funding & Advisors
570 Sylvan Avenue
Englewood Cliffs, NJ 07632


35 Brew, Inc.
1401 Highway 35
Neptune, NJ 07753


Carney Vetrano
214 Lakeview Ave
Ocean, NJ 07712


Carney Vetrano
214 Parkview Ave
Ocean, NJ 07712


Christiana T C/F
P.O. Box 5021
Philadelphia, PA 19111


Cole Schotz P.C.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800


Donato Hayes
201 Main Street
Allenhurst, NJ 07711


Donna Thompson, Esq.
P.O. Box 679
Allenwood, NJ 08720


Innovative Green Technologies
513 Cookman Ave
Asbury Park, NJ 07712


James Marttine
4 Blue Point Cove
Oceanport, NJ 07757
```

```
Murphy Schiller & Wilkes, LLP
One Gateway Center
Suite 400
Newark
Newark, NJ 07102


State of New Jersey
DCA BFCE - DORES
P.O. Box 663
Trenton, NJ 08646-0663


Thomas Sueta
20 Vernon Ave
Neptune, NJ 07753


Zekaria Family LTD Partnership
c/o Zacksons
729 Brick Blvd
Brick, NJ 08723
```

# United States Bankruptcy Court
### District of New Jersey

In re **New York Concourse, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New York Concourse, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carney Vetrano**
**214 Lakeview Ave**
**Ocean, NJ 07712**

**Thomas Sueta**
**20 Vernon Ave**
**Neptune, NJ 07753**

☐ None [*Check if applicable*]

**July 18, 2025**
Date

**/s/ Joseph M. Casello**
**Joseph M. Casello**
Signature of Attorney or Litigant
Counsel for **New York Concourse, LLC**
**Collins, Vella & Casello, LLC**
**2430 Highway 34, B12**
**Manasquan, NJ 08736**
**732-751-1766 Fax:732-751-1866**
**jcasello@cvclaw.net**